UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00419-SI_____ |
| v. | **INFORMATION** |
| **DAKOTA RAY HORTON,** | **18 U.S.C. §§ 111(a)(1), (b)** |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer with a Dangerous Weapon, Resulting in Bodily Injury)**
**(18 U.S.C. §§ 111(a)(1) and (b))**

On or about July 27, 2020, in Multnomah County, in the District of Oregon, defendant **DAKOTA RAY HORTON** forcibly assaulted and interfered with Adult Victim 1 (AV1), a Deputy United States Marshal and a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties, and in doing so used a dangerous weapon and inflicted bodily injury.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Dated: September 16, 2020

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

**Information** **Page 1**