Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:     (503) 326-2123
Fax:     (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00419-SI |
| **Plaintiff,** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| **DAKOTAH RAY HORTON,** | |
| **Defendant.** | |

Dakotah Ray Horton will appear before the Court on November 18, 2021, for sentencing upon his plea of guilty to Assault on a Federal Officer with a Dangerous Weapon Resulting in Bodily Injury in violation of 18 U.S.C. § 111(a)(1) and (b). For reasons outlined in other sentencing materials before the Court, counsel will be moving the Court to sentence Mr. Horton to a period of time served followed by a three-year term of supervised release, with the requirement that Mr. Horton serve at least six months of home confinement.

Respectfully submitted on November 10, 2021.

/s/ Gerald M. Needham
Gerald M. Needham
Assistant Federal Public Defender

PAGE 1.   DEFENDANT'S SENTENCING MEMORANDUM