# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

vs.

**Dakotah Ray Horton**

**DOCKET NO.: 3:20CR00419-1 SI**

**ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION**

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on March 30, 2022, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐ No Action

☒ **You must reside in and participate in the program a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center.**

☐ Submit a Request for Warrant or Summons.

☐ Court orders the defendant to appear for a status hearing schedule for

**DATED** this __30th__ day of March, 2022,

_____
The Honorable Michael H. Simon
U. S. District Judge